In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-082 CR


NO. 09-07-083 CR


____________________



AARON D. TRAYLOR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 94418 and 95295






 MEMORANDUM OPINION 


 In two proceedings before the trial court, appellant Aaron D. Traylor (1) was indicted for
possession of a controlled substance. Pursuant to plea bargains, Traylor pled guilty, and the
trial court assessed punishment in each case at two years of confinement in a state jail
facility. In each case, the trial court suspended imposition of sentence, placed Traylor on
community supervision for four years, and assessed a $750 fine. The State filed motions to
revoke Traylor's community supervision in each case. In each case, Traylor pled "true" to
two violations of the terms of his community supervision. The trial court found that Traylor
violated the terms of his community supervision orders, revoked Traylor's community
supervision, and imposed a sentence of two years of confinement in a state jail facility in
each case. 

 Traylor's counsel filed briefs that present counsel's professional evaluation of the
record and conclude the appeals are frivolous. See Anders v. California, 386 U.S. 738, 87
S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). 
On June 14, 2007, we granted an extension of time for appellant to file pro se briefs. We
received no response from the appellant.

 We reviewed the appellate records, and we agree with counsel's conclusion that no
arguable issues support the appeals. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeals. Compare Stafford v. State, 813 S.W.2d 503, 511
(Tex. Crim. App. 1991). We affirm the trial court's judgment. (2)

 AFFIRMED.

 _________________________________

 HOLLIS HORTON

 Justice 

Submitted on September 28, 2007

Opinion Delivered October 10, 2007 

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.
1. In cause number 09-07-083 CR, the judgment and indictment refer to appellant by
his full name, Aaron Domonique Traylor. 
2. Appellant may challenge our decision in these cases by filing petitions for
discretionary review. See Tex. R. App. P. 68.